No. 56378.—The American Import Co. *v.* United States, protest 134230–K (Baltimore).

Opinion by LAWRENCE, J. The protest was dismissed.

No. 56379.—W. T. Grant Co., Inc. *v.* United States, protests 904717–G (A), etc. (New York).

Opinion by RAO, J. In accordance with stipulation of counsel and following the cited authorities the claims of the plaintiff were sustained as follows: (1) Certain items of the merchandise the same in all material respects as the gloves the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333), were held dutiable at 50 percent under the provision in paragraph 915 for gloves "made of fabric knit on other than a warp-knitting machine," plus any additional duty applicable under paragraph 924; and (2) other items similar to those involved in *May Co. et al.* v. *United States* (25 C. C. P. A. 227, T. D. 49336) were held dutiable at 25 percent under said paragraph 915 as gloves, made in chief value of woven cotton fabric, plus any additional duty applicable under paragraph 924. In all other respects the protests were overruled.

No. 56380.—American Import Co. et al. *v.* United States, protests 545009–G, etc. (San Francisco).

Opinion by RAO, J. The protests were dismissed.

No. 56381.—O. Yoshizawa *v.* United States, protest 586837–G (New York).

Opinion by FORD, J. It was stipulated that certain items of the merchandise consist of hats known as harvest hats, valued at less than $3 per dozen, similar in all material respects to those involved in *Caradine Hat Co.* v. *United States* (9 Cust. Ct. 69, C. D. 664). Accepting this stipulation as a statement of fact, the hats imported or withdrawn from warehouse prior to the effective date of T. D. 48075 were held dutiable at 25 percent under paragraph 1504 (b) (5), and those items imported or withdrawn from warehouse subsequent to that date were held dutiable at 12½ percent under said paragraph.

No. 56382.—American Import Co. et al. *v.* United States, protests 551511–G, etc. (San Francisco).

Opinion by FORD, J. The protests were dismissed.

No. 56383.—F. F. G. Harper Co. et al. *v.* United States, protests 625963–G, etc. (San Francisco).

Opinion by FORD, J. The protests were dismissed.